# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DLOTT, SUSAN J | 2. Court or Organization<br><br>US SOUTHERN DISTRICT OF OHIO | 3. Date of Report<br><br>04/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US COURT HOUSE<br>8TH FLOOR ROOM 839 _and Floor, Rm. 227_<br>CINCINNATI OHIO 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** _The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page._

## I. POSITIONS. _(Reporting individual only; see pp. 9-13 of instructions.)_

☒ NONE _(No reportable positions.)_

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY -9 A 11:17
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. _(Reporting individual only; see pp. 14-16 of instructions.)_

☒ NONE _(No reportable agreements.)_

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-AKRON,OHIO SEWER SYS REV 5.5% DUE 12/1/07 | D | Interest | | | MATURE | 12-1 | M | B | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | D | Interest | M | T | | | | | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 5. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | BUY | 9-22 | M | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | BUY | 12-14 | M | | |
| 8. BOND - HAMILTON CO EVENDALE GEN OBL, 2.25%, DUE 12/1/06 | C | Interest | | | MATURE | 12-1 | M | A | |
| 9. BOND - HAMILTON CO HOSP FACILITY CHILDREN'S, 5%,DUE 5/15/06 | C | Interest | | | MATURE | 5-15 | M | C | |
| 10. BOND-OHIO ST. PUBLIC FAC COM HIGHER ED 4.25% DUE 6/01/10 | D | Interest | | | SELL | 9-22 | M | C | |
| 11. BOND-OHIO ST BUILDING AUTH OHIO CENTER / ARTS5.45%DUE10/1/07 | D | Interest | M | T | | | | | |
| 12. BOND-ST OF OHIO SECONDARY ED SERIES 1998A 4% DUE6/1/08 | C | Interest | M | T | | | | | |
| 13. Women's Capital Club | A | Dividend | K | T | | | | | |
| 14. BOND-OHIO STATE WATER DEV AUTH REV 4% DUE 12/1/06 | C | Interest | | | MATURE | 12-1 | L | A | |
| 15. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 16. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 17. BED BATH & BEYOND INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | L | T | BUY | 12-20 | L | | |
| 19. -SHS TARGET CORP | A | Dividend | J | T | BUY | 2-24 | J | | |
| 20. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 21. FEDERATED OH MUNI CASH TR INSTL | B | Interest | M | T | BUY | 6-6 | M | | |
| 22. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 23. SHS SYSCO CORP | | | | | PARTIAL SELL | 11-21 | J | A | |
| 24. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 25. SHS WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 26. SHS HOME DEPOT INC | A | Dividend | | | SELL | 3-31 | L | C | |
| 27. SHS MEDTRONIC INC | A | Dividend | | | SELL | 9-21 | J | A | |
| 28. BOND-OHIO ST GEN OBLIGATION UNLIMITED 5% DUE 9/15/08 | C | Interest | | | SELL | 9-22 | M | | |
| 29. SHS MARSHAL & ILSLEY CORP | B | Dividend | M | T | | | | | |
| 30. SHS JOHNSON REALTY FUND | D | Dividend | M | T | PART SELL | 4-13 | J | A | |
| 31. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 32. SHS CINTAS CORP | A | Dividend | | | SELL | 5-26 | L | D | |
| 33. SHS CITIGROUP | B | Dividend | M | T | | | | | |
| 34. SHS EXXON MOBIL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHS ISHARES S&P SMALLCAP 600 | A | Dividend | L | T | | | | | |
| 36. SHS MICROSOFT CORP | A | Dividend | M | T | | | | | |
| 37. SHS ORACLE CORP | | None | L | T | | | | | |
| 38. SHS PEPSICO INC | A | Dividend | L | T | PARTIAL SELL | 7-21 | K | D | |
| 39. SHS PFIZER INC | A | Dividend | | | SELL | 3-1 | L | E | |
| 40. SHS WALGREEN CO | A | Dividend | M | T | | | | | |
| 41. SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | BUY | 4-4 | J | | |
| 42. SHS JOHNSON FIXED INCOME FUND | | | | | BUY | 10-10 | J | | |
| 43. SHS ILLINOIS TOOL WORKS | A | Dividend | | | SELL | 3-31 | L | D | |
| 44. SHS STAPLES | A | Dividend | | | SELL | 5-11 | L | E | |
| 45. SHS INGERSOLL-RAND CO | A | Dividend | | | SELL | 10-27 | L | D | |
| 46. SHS L-3 COMMUNICATIONS HOLDINGS INC | A | Dividend | L | T | | | | | |
| 47. SHS CONOCOPHILLIPS | B | Dividend | M | T | | | | | |
| 48. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | C | Interest | M | T | | | | | |
| 49. SHS JM SMUCKER CO | B | Dividend | | | SELL | 2-27 | J | | |
| 50. SHS DELL INC | A | Dividend | | | SELL | 11-3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. SHS INTEL CORP | A | Dividend | K | T | PARTIAL SELL | 12-20 | K | | |
| 52. SHS INTEL CORP | | | | | BUY | 5-3 | J | | |
| 53. SHS AMGEN INC | A | Dividend | K | T | PARTIAL SELL | 12-18 | J | B | |
| 54. SHS FIFTH THIRD BANCORP | A | Dividend | J | T | | | | | |
| 55. SHS JOHNSON CONTROLS INC | A | Dividend | L | T | | | | | |
| 56. SHS MATTEL INC | | None | | | SELL | 8-25 | J | | |
| 57. SHS BOSTON SCIENTIFIC CORP | | None | | | SELL | 2-22 | J | | |
| 58. SHS PROCTER & GAMBLE CO | A | Dividend | M | T | | | | | |
| 59. SHS CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 60. SHS JOHNSON OPPORTUNITY FUND | A | Dividend | M | T | BUY | 5-23 | M | | |
| 61. SHS MERRILL LYNCH & CO INC | A | Dividend | J | T | | | | | |
| 62. SHS AEROPOSTALE INC | A | Dividend | J | T | PARTIAL SELL | 2-7 | K | D | |
| 63. SHARES WELLPOINT INC | A | Dividend | M | T | BUY | 1-23 | J | | |
| 64. SHARES EQUITABLE RESOURCES INC | B | Dividend | M | T | | | | | |
| 65. SHARES FIRST DATA CORP | A | Dividend | K | T | | | | | |
| 66. SHARES GENERAL ELECTRIC COMPANY | C | Dividend | M | T | | | | | |
| 67. SHS EXXON MOBIL CORPORATION | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | C | Dividend | L | T | | | | | |
| 69. SHS JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 70. SHS FIFTH THIRD BANCORP | B | Dividend | L | T | | | | | |
| 71. - SHARES MEDTRONIC INC | A | Dividend | | | SELL | 9-21 | L | B | |
| 72. - SHARES NOVARTIS AG ADR | A | Dividend | J | T | | | | | |
| 73. - SHARES CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 74. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | B | Interest | M | T | | | | | |
| 75. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | B | Interest | M | T | | | | | |
| 76. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | B | Interest | M | T | | | | | |
| 77. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | B | Int./Div. | L | T | | | | | |
| 78. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | B | Interest | M | T | | | | | |
| 79. UNIVERSITY OF CINCINNATI GEN 3.170% DUE 6/1/31 DATED 2/5/04 | A | Interest | L | T | | | | | |
| 80. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 81. NIKE INCORPORATED CLASS B | A | Dividend | J | T | | | | | |
| 82. CADBURY SCHWEPPES PLC | A | Dividend | L | T | | | | | |
| 83. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | | | | | |
| 84. XTO ENERGY | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ALLSTATE CORPORATION | A | Dividend | L | T | | | | | |
| 86. STRYKER CORPORATION | A | Dividend | L | T | | | | | |
| 87. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | B | Interest | M | T | BUY | 1-25 | M | | |
| 88. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | B | Interest | M | T | BUY | 12-19 | M | | |
| 89. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | B | Interest | L | T | BUY | 2-8 | L | | |
| 90. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE | B | Interest | M | T | | | | | |
| 91. 3M COMPANY SHARES | A | Dividend | L | T | | | | | |
| 92. AUTODESK INC SHARES | A | Dividend | L | T | BUY | 12-20 | L | | |
| 93. AUTODESK INC SHARES | | | | | BUY | 11-27 | J | | |
| 94. BB&T COMPANY SHARES | A | Dividend | L | T | BUY | 4-3 | J | | |
| 95. CINCINNATI FINANCIAL CORP SHARES | A | Dividend | M | T | | | | | |
| 96. DOMINION RESOURCES SHARES | A | Dividend | L | T | BUY | 4-3 | L | | |
| 97. EMERSON ELECTRIC COMPANY | A | Dividend | L | T | BUY | 5-31 | M | | |
| 98. EMERSON ELECTRIC COMPANY | | | | | BUY | 5-26 | J | | |
| 99. HUGOTON ROYALTY TRUST | A | Dividend | J | T | BUY | 5-12 | K | | |
| 100. NOKIA CORPORATION | A | Dividend | L | T | BUY | 11-15 | L | | |
| 101. NOKIA CORPORATION | | | | | BUY | 10-16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. BANK OF AMERICA CORP | A | Dividend | J | T | BUY | 10-19 | J | | |
| 103. SEAGATE TECHNOLOGY | A | Dividend | K | T | BUY | 3-22 | J | | |
| 104. THORNBURG INTERNATIONAL VALUE FUND | A | Dividend | K | T | BUY | 4-12 | J | | |
| 105. WESTERN UNION COMPANY | A | Dividend | K | T | BUY | 10-4 | K | | |
| 106. COACH INC | A | Dividend | J | T | BUY | 5-3 | J | | |
| 107. COMCAST CORP CLASS A SPECIAL | A | Dividend | J | T | | | | | |
| 108. GILEAD SCIENCES INC | A | Dividend | J | T | BUY | 12-20 | J | | |
| 109. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | BUY | 11-27 | J | | |
| 110. TEXAS INSTRUMENTS INC | A | Dividend | J | T | BUY | 11-15 | J | | |
| 111. UNITED HEALTHCARE CORP | A | Dividend | J | T | PARTIAL SELL | 12-18 | L | | |
| 112. UNITED HEALTHCARE CORP | | | | | BUY | 3-22 | J | | |
| 113. ELECTRONIC ARTS INC | A | Dividend | J | T | SELL | 10-31 | J | A | |
| 114. ELECTRONIC ARTS INC | | | | | BUY | 1-9 | J | | |
| 115. EMC CORP | | | J | T | SELL | 7-26 | J | A | |
| 116. TEVA PHARMACEUTICALS | | | J | T | SELL | 9-21 | J | A | |
| 117. TEVA PHARMACEUTICALS | | | | | BUY | 2-24 | J | | |
| 118. BOND - STATE OF OHIO BLDG AUTH | A | Interest | M | T | BUY | 9-22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| REV,5%, DUE 10/1/17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 04/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 8, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**Judge's Chambers**
**United States District Court**
**For the Southern District of Ohio**
**227 Potter Stewart U. S. Courthouse**
**Cincinnati, Ohio 45202**

**Susan J. Dlott**
**District Judge**

(513) 564-7630

**VIA FEDERAL EXPRESS**

June 27, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

Enclosed are one original and three copies of the Amended Financial Disclosure Report for calendar year 2006. This was prepared in response to the findings noted in your letter dated June 7, 2007.

I apologize for the omissions. A new employee at my accountant's firm prepared this year's report and missed some of the assets.

If you have any further questions, please do not hesitate to contact me. I appreciate your pointing out these errors, and thank you for all the work that you are doing to benefit the Judiciary.

Sincerely,



Susan J. Dlott

c:     Richard G. Brown
       Denise Hertlein
       Dan Fales

*Amended*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

AO 10
Rev. 1/2007

| 1. Person Reporting (last name, first, middle initial)  DLOTT, SUSAN J | 2. Court or Organization  US SOUTHERN DISTRICT OF OHIO | 3. Date of Report  06/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  US COURT HOUSE 2ND FLOOR ROOM 227 CINCINNATI OHIO 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-PERSONAL REPRESENTATIVE | ████ ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 28 A 11:27 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-AKRON,OHIO SEWER SYS REV 5.5% DUE 12/1/07 | D | Interest | | | MATURE | 12-1 | M | B | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | D | Interest | M | T | | | | | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 5. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | BUY | 9-22 | M | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | BUY | 12-14 | M | | |
| 8. BOND - HAMILTON CO EVENDALE GEN OBL, 2.25%, DUE 12/1/06 | C | Interest | | | MATURE | 12-1 | M | A | |
| 9. BOND - HAMILTON CO HOSP FACILITY CHILDREN'S, 5%,DUE 5/15/06 | C | Interest | | | MATURE | 5-15 | M | C | |
| 10. BOND-OHIO ST. PUBLIC FAC COM HIGHER ED 4.25% DUE 6/01/10 | D | Interest | | | SELL | 9-22 | M | C | |
| 11. BOND-OHIO ST BUILDING AUTH OHIO CENTER / ARTS5.45%DUE10/1/07 | D | Interest | M | T | | | | | |
| 12. BOND-ST OF OHIO SECONDARY ED SERIES 1998A 4% DUE6/1/08 | C | Interest | M | T | | | | | |
| 13. Women's Capital Club | A | Dividend | K | T | | | | | |
| 14. BOND-OHIO STATE WATER DEV AUTH REV 4% DUE 12/1/06 | C | Interest | | | MATURE | 12-1 | L | A | |
| 15. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 16. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 17. BED BATH & BEYOND INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | L | T | BUY | 12-20 | L | | |
| 19. -SHS TARGET CORP | A | Dividend | J | T | BUY | 2-24 | J | | |
| 20. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 21. FEDERATED OH MUNI CASH TR INSTL | B | Interest | M | T | BUY | 6-6 | M | | |
| 22. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 23. SHS SYSCO CORP | | | | | PARTIAL SELL | 11-21 | J | A | |
| 24. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 25. SHS WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 26. SHS HOME DEPOT INC | A | Dividend | | | SELL | 3-31 | L | C | |
| 27. SHS MEDTRONIC INC | A | Dividend | | | SELL | 9-21 | J | A | |
| 28. BOND-OHIO ST GEN OBLIGATION UNLIMITED 5% DUE 9/15/08 | C | Interest | | | SELL | 9-22 | M | | |
| 29. SHS MARSHAL & ILSLEY CORP | B | Dividend | M | T | | | | | |
| 30. SHS JOHNSON REALTY FUND | D | Dividend | M | T | PART SELL | 4-13 | J | A | |
| 31. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 32. SHS CINTAS CORP | A | Dividend | | | SELL | 5-26 | L | D | |
| 33. SHS CITIGROUP | B | Dividend | M | T | | | | | |
| 34. SHS EXXON MOBIL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHS ISHARES S&P SMALLCAP 600 | A | Dividend | L | T | | | | | |
| 36. SHS MICROSOFT CORP | A | Dividend | M | T | | | | | |
| 37. SHS ORACLE CORP | | None | L | T | | | | | |
| 38. SHS PEPSICO INC | A | Dividend | L | T | PARTIAL SELL | 7-21 | K | D | |
| 39. SHS PFIZER INC | A | Dividend | | | SELL | 3-1 | L | E | |
| 40. SHS WALGREEN CO | A | Dividend | M | T | | | | | |
| 41. SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | BUY | 4-4 | J | | |
| 42. SHS JOHNSON FIXED INCOME FUND | | | | | BUY | 10-10 | J | | |
| 43. SHS ILLINOIS TOOL WORKS | A | Dividend | | | SELL | 3-31 | L | D | |
| 44. SHS STAPLES | A | Dividend | | | SELL | 5-11 | L | E | |
| 45. SHS INGERSOLL-RAND CO | A | Dividend | | | SELL | 10-27 | L | D | |
| 46. SHS L-3 COMMUNICATIONS HOLDINGS INC | A | Dividend | L | T | | | | | |
| 47. SHS CONOCOPHILLIPS | B | Dividend | M | T | | | | | |
| 48. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | C | Interest | M | T | | | | | |
| 49. SHS JM SMUCKER CO | B | Dividend | | | SELL | 2-27 | J | | |
| 50. SHS DELL INC | A | Dividend | | | SELL | 11-3 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. SHS INTEL CORP | A | Dividend | K | T | PARTIAL SELL | 12-20 | K | | |
| 52. SHS INTEL CORP | | | | | BUY | 5-3 | J | | |
| 53. SHS AMGEN INC | A | Dividend | K | T | PARTIAL SELL | 12-18 | J | B | |
| 54. SHS FIFTH THIRD BANCORP | A | Dividend | J | T | | | | | |
| 55. SHS JOHNSON CONTROLS INC | A | Dividend | L | T | | | | | |
| 56. SHS MATTEL INC | | None | | | SELL | 8-25 | J | | |
| 57. SHS BOSTON SCIENTIFIC CORP | | None | | | SELL | 2-22 | J | | |
| 58. SHS PROCTER & GAMBLE CO | A | Dividend | M | T | | | | | |
| 59. SHS CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 60. SHS JOHNSON OPPORTUNITY FUND | A | Dividend | M | T | BUY | 5-23 | M | | |
| 61. SHS MERRILL LYNCH & CO INC | A | Dividend | J | T | | | | | |
| 62. SHS AEROPOSTALE INC | A | Dividend | J | T | PARTIAL SELL | 2-7 | K | D | |
| 63. SHARES WELLPOINT INC | A | Dividend | M | T | BUY | 1-23 | J | | |
| 64. SHARES EQUITABLE RESOURCES INC | B | Dividend | M | T | | | | | |
| 65. SHARES FIRST DATA CORP | A | Dividend | K | T | | | | | |
| 66. SHARES GENERAL ELECTRIC COMPANY | C | Dividend | M | T | | | | | |
| 67. SHS EXXON MOBIL CORPORATION | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | C | Dividend | L | T | | | | | |
| 69. SHS JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 70. SHS FIFTH THIRD BANCORP | B | Dividend | L | T | | | | | |
| 71. - SHARES MEDTRONIC INC | A | Dividend | | | SELL | 9-21 | L | B | |
| 72. - SHARES NOVARTIS AG ADR | A | Dividend | J | T | | | | | |
| 73. - SHARES CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 74. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | B | Interest | M | T | | | | | |
| 75. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | B | Interest | M | T | | | | | |
| 76. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | B | Interest | M | T | | | | | |
| 77. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | B | Int./Div. | L | T | | | | | |
| 78. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | B | Interest | M | T | | | | | |
| 79. UNIVERSITY OF CINCINNATI GEN 3.170% DUE 6/1/31 DATED 2/5/04 | A | Interest | L | T | | | | | |
| 80. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 81. NIKE INCORPORATED CLASS B | A | Dividend | J | T | | | | | |
| 82. CADBURY SCHWEPPES PLC | A | Dividend | L | T | | | | | |
| 83. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | | | | | |
| 84. XTO ENERGY | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ALLSTATE CORPORATION | A | Dividend | L | T | | | | | |
| 86. STRYKER CORPORATION | A | Dividend | L | T | | | | | |
| 87. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | B | Interest | M | T | BUY | 1-25 | M | | |
| 88. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | B | Interest | M | T | BUY | 12-19 | M | | |
| 89. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | B | Interest | L | T | BUY | 2-8 | L | | |
| 90. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE | B | Interest | M | T | | | | | |
| 91. 3M COMPANY SHARES | A | Dividend | L | T | | | | | |
| 92. AUTODESK INC SHARES | A | Dividend | L | T | BUY | 12-20 | L | | |
| 93. AUTODESK INC SHARES | | | | | BUY | 11-27 | J | | |
| 94. BB&T COMPANY SHARES | A | Dividend | L | T | BUY | 4-3 | J | | |
| 95. CINCINNATI FINANCIAL CORP SHARES | A | Dividend | M | T | | | | | |
| 96. DOMINION RESOURCES SHARES | A | Dividend | L | T | BUY | 4-3 | L | | |
| 97. EMERSON ELECTRIC COMPANY | A | Dividend | L | T | BUY | 5-31 | M | | |
| 98. EMERSON ELECTRIC COMPANY | | | | | BUY | 5-26 | J | | |
| 99. HUGOTON ROYALTY TRUST | A | Dividend | J | T | BUY | 5-12 | K | | |
| 100. NOKIA CORPORATION | A | Dividend | L | T | BUY | 11-15 | L | | |
| 101. NOKIA CORPORATION | | | | | BUY | 10-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. BANK OF AMERICA CORP | A | Dividend | J | T | BUY | 10-19 | J | | |
| 103. SEAGATE TECHNOLOGY | A | Dividend | K | T | BUY | 3-22 | J | | |
| 104. THORNBURG INTERNATIONAL VALUE FUND | A | Dividend | K | T | BUY | 4-12 | J | | |
| 105. WESTERN UNION COMPANY | A | Dividend | K | T | BUY | 10-4 | K | | |
| 106. COACH INC | A | Dividend | J | T | BUY | 5-3 | J | | |
| 107. COMCAST CORP CLASS A SPECIAL | A | Dividend | J | T | | | | | |
| 108. GILEAD SCIENCES INC | A | Dividend | J | T | BUY | 12-20 | J | | |
| 109. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | BUY | 11-27 | J | | |
| 110. TEXAS INSTRUMENTS INC | A | Dividend | J | T | BUY | 11-15 | J | | |
| 111. UNITED HEALTHCARE CORP | A | Dividend | J | T | PARTIAL SELL | 12-18 | L | | |
| 112. UNITED HEALTHCARE CORP | | | | | BUY | 3-22 | J | | |
| 113. ELECTRONIC ARTS INC | A | Dividend | J | T | SELL | 10-31 | J | A | |
| 114. ELECTRONIC ARTS INC | | | | | BUY | 1-9 | J | | |
| 115. EMC CORP | | None | J | T | SELL | 7-26 | J | A | |
| 116. TEVA PHARMACEUTICALS | A | Dividend | J | T | SELL | 9-21 | J | A | |
| 117. TEVA PHARMACEUTICALS | | | | | BUY | 2-24 | J | | |
| 118. BOND - STATE OF OHIO BLDG AUTH | A | Interest | M | T | BUY | 9-22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| REV, 5%, DUE 10/1/17 | | | | | | | | | |
| 119. Shs COSTCO WHOLESALE CORP | A | Dividend | | | SELL | 4-20 | K | E | |
| 120. Shs STANDARD and Poors DEP RECPTS | A | Dividend | | | SELL | 4-20 | L | C | |
| 121. SHS SUNCOR ENERGY INC | A | Dividend | K | T | | | | | |
| 122. SHS BP PLC ADS | A | Dividend | J | T | PARTIAL SELL | 4-20 | K | D | |
| 123. SHS CHINA PETE & CHEM ADS H SHS | A | Dividend | K | T | PARTIAL SELL | 4-20 | K | D | |
| 124. SHS CREE RESEARCH INC | | None | | | SELL | 4-20 | J | B | |
| 125. SHS CREE RESEARCH INC | | None | | | SELL | 5-17 | J | | |
| 126. SHS INAMED CORP | | None | | | SELL | 3-23 | K | E | |
| 127. SHS GENETECH INC | | None | K | T | PARTIAL SELL | 4-20 | K | D | |
| 128. FIRST AMERICAN TREAS OBLIG FD | A | Interest | L | T | | | | | |
| 129. SOUTHLAND LIFE INSURANCE | | None | K | T | | | | | |
| 130. SHS AMERICAN EXPRESS CR CORP | A | Dividend | K | T | | | | | |
| 131. ISHARES COHEN & STEERS REALTY MAJORS | A | Dividend | | | SELL | 4-20 | J | B | |
| 132. ISHARES COHEN & STEERS REALTY MAJORS | A | Dividend | | | SELL | 6-8 | J | B | |
| 133. ISHARES MSCI EAFE INDEX FD | A | Dividend | | | PARTIAL SELL | 4-20 | K | D | |
| 134. ISHARES RUSSEL MIDCAP VALUE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. ISHARES TR RUSSEL MIDCAP GROWTH | A | Dividend | K | T | | | | | |
| 136. ISHARES TR MSCI EMERGING MARKETS | A | Dividend | K | T | | | | | |
| 137. SHS LOWES COMPANIES INC | A | Dividend | K | T | PARTIAL SELL | 4-20 | J | A | |
| 138. PORTFOLIO RECOVERY ASSOCIATE | | None | K | T | | | | | |
| 139. SECTOR SPDR TR SHS BEN INT INDL | A | Dividend | K | T | | | | | |
| 140. SPDR TR UNIT SER 1 | B | Dividend | L | T | | | | | |
| 141. EVERGREEN MONEY MARKET FUND CLASS S1 | B | Dividend | K | T | | | | | |
| 142. SHSALLERGAN INC | A | Dividend | K | T | | | | | |
| 143. SHS APPLE COMPUTER INC | A | Dividend | K | T | BUY | 6-8 | K | | |
| 144. SHS ARCHER-DANIELS MIDLAND | A | Dividend | K | T | BUY | 1-13 | K | | |
| 145. SHS GOLDMAN SACHS GROUP INC | A | Dividend | K | T | BUY | 1-3 | K | | |
| 146. ▉▉▉▉ ESTATE | | None | K | T | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

LINE 37 of the 2005 report shows SHS SUNCOR ENERGY INC that were also reported on LINE 31. The SUNCOR ENERGY INC is reported only on LINE 121 of the 2006 report.

LINE 53 of the 2005 report shows QRCG DOWNTOWN VENTURE LLC. This investment was determined to be of no value and a capital loss of $5,593 was incurred in 2006.

LINE 144 of the 2006 report shows SHS ALLERGAN INC. These shares were inadvertantly omitted from previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████████    Date _June 27, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544